**BOIES SCHILLER FLEXNER LLP**
Alison L. Anderson (CA Bar No. 275334)
*alanderson@bsfllp.com*
725 S. Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorney for Defendant,
MANAFLEX LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CELLINK CORP., | CASE NO. 4:23-cv-04231-HSG |
| Plaintiff, | **STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| MANAFLEX LLC, | |
| Defendant. | |

Pursuant to Local Civil Rules 6-1 and 6-2, Plaintiff CelLink Corporation ("CelLink") and Defendant Manaflex LLC ("Manaflex") stipulate to extend Manaflex's deadline for its initial response to the Complaint.

WHEREAS, on August 18, 2023, Plaintiff CelLink filed its Complaint with this Court;

WHEREAS, Defendant Manaflex's initial response is due on September 14, 2023, after Plaintiff CelLink served the summons and Complaint on August 24, 2023;

WHEREAS, Plaintiff CelLink represented in its Complaint that it is contemplating filing an action with the International Trade Commission;

WHEREAS, other than as set forth below, the parties agree that all other deadlines will remain in place.

**NOW THEREFORE**, subject to the Court's approval, it is hereby stipulated and agreed between CelLink and Manaflex, through their undersigned counsel, as follows:

1. Defendant Manaflex's time to file any initial response shall be extended to November 15, 2023.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  September 11, 2023          Respectfully submitted,

                                    BOIES SCHILLER FLEXNER LLP


                                    By: */s/Alison L. Anderson*
                                        Alison L. Anderson

                                        Attorney for Defendant MANAFLEX LLC

Dated:  September 11, 2023          ORRICK, HERRINGTON & SUTCLIFFE LLP


                                    By: */s/Alyssa Caridis*
                                        Clement Seth Roberts
                                        Ben Au
                                        Alyssa Caridis

                                        Attorneys for Plaintiff CELLINK CORP.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/12/2023

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge