CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

BEN AU (SBN 237854)
ben.au@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA  90071-1560
Telephone:   +1 213 629 2020
Facsimile:   +1 213 612 2499

*Attorneys for Plaintiff CelLink Corp.*

Alison Lynn Anderson
Alanderson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
2029 Century Park East
Suite 1520
Los Angeles, CA 90067
Telephone: +1 213 629 9040
Facsimile: +1 213 629-9022

Eric Maurer
emaurer@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: +1 202 237 2727
Facsimile: +1 202 237 6131

Beko Osiris Ra Reblitz-Richardson
brichardson@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street
41st Floor
San Francisco, CA  94104
Telephone: +1 415 293 6800
Facsimile: +1 415 293 6899

*Attorneys for Defendant Manaflex LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLINK CORP., <br><br> Plaintiff, <br><br> v. <br><br> MANAFLEX LLC, <br><br> Defendant. | Case No. 23-cv-4231-HSG <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING DATE OF CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT AND ORDER (as modified)** <br><br> **[Civil L.R. 6-2]** <br><br> Demand For Jury Trial <br><br> Complaint Filed:  August 18, 2023 |

Plaintiff Cellink Corp. ("Plaintiff") and Defendant Manaflex LLC ("Defendant") (Plaintiff and Defendant together, the "Parties") hereby stipulate under Civil Local Rule 6-2(a) to requesting an order moving the date of the Case Management Conference currently scheduled for November 21, 2023 to January 23, 2024, and extending the time for the Parties to file the Joint Case Management Statement and a Stipulation and Proposed Order selecting an ADR process from November 14, 2023 to January 8, 2024.

The requested extension is warranted because Plaintiff intends to file a complaint with the International Trade Commission shortly. If an investigation before the International Trade Commission is instituted, then this action may be stayed under 28 U.S.C. § 1659 at the request of Defendant "until the determination of the Commission becomes final." Thus, it would be premature and a waste of the Court's and the parties' resources to formulate a case schedule and hold a Case Management Conference when the date that a stay would be lifted is still unknown. Declaration of Ben Au ("Au Decl.") ¶ 4.

There has been one previous extension of time in this case—a stipulated extension of time to respond to the complaint that was filed on September 11, 2023, and granted on September 12, 2023. Au Decl. ¶ 5.

The Court has not yet entered a scheduling order in this case. Thus, the brief extensions of time requested here would have no effect on any schedule for the case. Au Decl. ¶ 6.

Dated:  November 7, 2023

By: */s/ Clement S. Roberts*
Clement Seth Roberts
Ben Au
Alyssa Caridis

ORRICK, HERRINGTON & SUTCLIFFE LLP

*Attorneys for Plaintiff CelLink Corp.*

Dated:  November 7, 2023

By: */s/ Alison Lynn Anderson*
Alison Lynn Anderson
Eric Maurer
Beko Osiris Ra Reblitz-Richardson

BOIES SCHILLER FLEXNER LLP

*Attorneys for Defendant Manaflex LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The dial-in information and instructions remain the same as previously provided in docket no. 17.

Dated:  11/8/2023

Haywood S. Gilliam, Jr.
United States District Judge