| | |
|---|---|
| CLEMENT SETH ROBERTS (SBN 209203)<br>croberts@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone:	+1 415 773 5700<br>Facsimile:	+1 415 773 5759<br><br>BEN AU (SBN 237854)<br>ben.au@orrick.com<br>ALYSSA CARIDIS (SBN 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>355 S. Grand Avenue, Suite 2700<br>Los Angeles, CA  90071-1560<br>Telephone:	+1 213 629 2020<br>Facsimile:	+1 213 612 2499<br><br>*Attorneys for Plaintiff CelLink Corp.* | Alison Lynn Anderson<br>Alanderson@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>2029 Century Park East<br>Suite 1520<br>Los Angeles, CA 90067<br>Telephone: +1 213 629 9040<br>Facsimile: +1 213 629-9022<br><br>Eric Maurer<br>emaurer@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: +1 202 237 2727<br>Facsimile: +1 202 237 6131<br><br>Beko Osiris Ra Reblitz-Richardson<br>brichardson@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street<br>41st Floor<br>San Francisco, CA  94104<br>Telephone: +1 415 293 6800<br>Facsimile: +1 415 293 6899<br><br>*Attorneys for Defendant Manaflex LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLINK CORP.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANAFLEX LLC,<br><br>　　　　　Defendant. | Case No. 23-cv-4231-HSG<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR CELLINK CORP. TO RESPOND TO MANAFLEX LLC'S COUNTERLCLAIMS AND ORDER**<br><br>[Civil L.R. 6-2]<br><br>Demand For Jury Trial<br><br>Complaint Filed:  August 18, 2023 |

Plaintiff Cellink Corp. ("Plaintiff") and Defendant Manaflex LLC ("Defendant") (together, the "Parties") hereby stipulate under Civil Local Rule 6-2(a) to request an order extending the deadline for Plaintiff to respond to Defendant's Counterclaims (ECF No. 37) from December 6, 2023 to December 15, 2023.

The requested extension is warranted to accommodate holiday travel and the schedules of Plaintiff's counsel.  Declaration of Raghav Krishnapriyan ("Krishnapriyan Decl.") ¶ 4.

There have been two previous extension of time in this case:

(1) a stipulated extension of time to respond to the complaint that was filed on September 11, 2023, and granted on September 12, 2023.  Krishnapriyan Decl. ¶ 5.

(2) a stipulated extension of time for the Parties to file a Joint Case Management Statement and selecting an ADR process that was filed on November 7, 2023, and granted on November 8, 2023.  Krishnapriyan Decl. ¶ 5.

The Court has not yet entered a scheduling order in this case.  Thus, the brief extensions of time requested here would have no effect on any schedule for the case.  Krishnapriyan Decl. ¶ 6.

Dated:  November 27, 2023

By: /s/ *Ben Au*

Clement Seth Roberts
Ben Au
Alyssa Caridis

ORRICK, HERRINGTON & SUTCLIFFE LLP

*Attorneys for Plaintiff CelLink Corp.*

Dated:  November 27, 2023

By: /s/ *Alison Lynn Anderson*

Alison Lynn Anderson
Eric Maurer
Beko Osiris Ra Reblitz-Richardson

BOIES SCHILLER FLEXNER LLP

*Attorneys for Defendant Manaflex LLC*

**ECF ATTESTATION**

I, Ben Au, am the ECF User whose ID and password are being used to file this Stipulated Request for Order Extending Time For Cellink Corp. To Respond To Manaflex LLC's Counterlclaims and [Proposed] Order.  In compliance with Civil Local Rule 5-1, I hereby attest that Alison Anderson, counsel for Manaflex LLP, has concurred in this filing.

Dated: November 27, 2023

By: /s/ *Ben Au*

Ben Au

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/28/2023

_____
Haywood S. Gilliam, Jr.
United States District Judge