**BOIES SCHILLER FLEXNER LLP**
Alison L. Anderson (CA Bar No. 275334)
*alanderson@bsfllp.com*
Joshua Y. Quaye (CA Bar No. 325480)
*jquaye@bsfllp.com*
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Eric J. Maurer (Admitted *pro hac vice*)
*emaurer@bsfllp.com*
1401 New York Ave., NW
Washington, DC 20005
Telephone: (202) 237-2727

Beko Reblitz-Richardson (SBN 238027)
*brichardson@bsfllp.com*
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800

*Attorneys for Defendant Manaflex LLC*

Clement Seth Roberts (SBN 209203)
croberts@orrick.com
Raghav Krishnapriyan (SBN 273411)
rkrishnapriyan@orrick.com
Lauren M. Kessler (SBN 317834)
lkessler@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Parth Sagdeo (SBN 325269)
psagdeo@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Ben Au (SBN 237854)
ben.au@orrick.com
Alyssa Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA  90071-1560
Telephone: (213) 629-2020
Facsimile: (213) 612 2499

*Attorneys for Plaintiff CelLink Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CELLINK CORP.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MANAFLEX LLC,<br><br>　　　　Defendant. | CASE NO. 4:23-cv-04231-HSG<br><br>**STIPULATED REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE RE: CELLINK CORP.'S MOTION TO DISMISS MANAFLEX LLC'S STATE-LAW COUNTERCLAIMS AND ORDER**<br><br>**[Civil L.R. 6-2]**<br><br>Demand for Jury Trial<br><br>Complaint Filed:  August 18, 2023 |

1

1  Plaintiff CelLink Corp. ("Plaintiff") and Defendant Manaflex LLC ("Defendant")
2  (together, the "Parties") hereby stipulate under Civil Local Rule 6-2(a) to request an order (1)
3  extending the deadline for Defendant to respond to Plaintiff's Motion to Dismiss Manaflex LLC's
4  Counterclaims (ECF No. 44) from December 29, 2023 to January 10, 2024 and (2) extending the
5  deadline for Plaintiff to file its Reply to Defendant's Opposition from January 5, 2024 to January
6  24, 2024.
7  The requested extension is warranted to accommodate holiday travel and the schedules of
8  the Parties' counsel.  Declaration of Alison Anderson ("Anderson Decl.") ¶ 4.
9  There have been three previous extensions of time in this case:
10  (1) a stipulated extension of time to respond to the complaint that was filed on
11  September 11, 2023 and granted on September 12, 2023.  Anderson Decl. ¶ 5.
12  (2) a stipulated extension of time for the Parties to file a Joint Case Management Statement
13  and selecting an ADR process that was filed on November 7, 2023, and granted on November 8,
14  2023. *Id*.
15  (3) a stipulated extension of time to respond to counterclaims that was filed on November
16  27, 2023 and granted on November 28, 2023. *Id*.
17  The Court has not yet entered a scheduling order in this case.  Thus, the brief extensions of
18  time requested here would have no effect on any schedule for the case.  Anderson Decl. ¶ 6.

Dated:  December 20, 2023

BOIES SCHILLER FLEXNER LLP

*/s/ Alison L. Anderson*
Alison L. Anderson
Eric J. Maurer
Beko Reblitz-Richardson

*Attorneys for Defendant Manaflex LLC*

| | |
|---|---|
| Dated: December 20, 2023 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | */s/ Raghav Krishnapriyan* |
| | Clement Seth Roberts |
| | Ben Au |
| | Alyssa Caridis |
| | Raghav Krishnapriyan |
| | |
| | *Attorneys for Plaintiff CelLink Corp.* |

### **ECF ATTESTATION**

I, Alison L. Anderson, am the ECF User whose ID and password are being used to file this Stipulated Request for Order Modifying Briefing Schedule re: CelLink Corp.'s Motion to Dismiss Manaflex LLC's State-Law Counterclaims and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Raghav Krishnapriyan, counsel for CelLink Corp., has concurred in this filing.

Dated: December 20, 2023

                                                      */s/ Alison L. Anderson*
                                                      Alison L. Anderson

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/21/2023

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge