1  CLEMENT S. ROBERTS (SBN 209203)
   croberts@orrick.com
2  RAGHAV KRISHNAPRIYAN (SBN 273411)
   rkrishnapriyan@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
6
   BEN AU (SBN 237854)
7  ben.au@orrick.com
   ALYSSA M. CARIDIS (SBN 260103)
8  acaridis@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  355 S. Grand Avenue, Suite 2700
   Los Angeles, CA 90071-1560
10 Telephone:    +1 213 629 2020
   Facsimile:    +1 213 612 2499
11
   PARTH SAGDEO (SBN 325269)
12 psagdeo@orrick.com
   ELAINE KE (SBN 348321)
13 eke@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
14 1000 Marsh Road
   Menlo Park, CA 94025-1015
15 Telephone:    +1 650 614 7400
   Facsimile:    +1 650 614 7401
16
   *Attorneys for Plaintiff CelLink Corp.*
17

18                      UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

20 | CELLINK CORP.,                  | Case No. 4:23-cv-04231-HSG
21 |        Plaintiff,               | **NOTICE OF WITHDRAWAL OF COUNSEL**
22 |        v.                       |
23 | MANAFLEX LLC,                   | Demand For Jury Trial
24 |        Defendant.               | Complaint Filed: August 18, 2023

1  TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEY OF
2  RECORD:
3    Lauren M. Kessler hereby withdraws her appearance as counsel of record for Plaintiff
4  CelLink Corp.  Orrick Herrington & Sutcliffe, LLP continue to serve as counsel for Plaintiff
5  CelLink Corp. and all future correspondence and papers in this action should continue to be
6  directed as such.

8  Dated:  May 10, 2024                    ORRICK, HERRINGTON & SUTCLIFFE LLP

10                                          By: */s/ Lauren M. Kessler*
11                                              Clement S. Roberts
                                                Ben Au
12                                              Alyssa Caridis
                                                Raghav Krishnapriyan
13                                              Lauren M. Kessler
                                                Parth Sagdeo
14                                              Elaine Ke

15                                          *Attorneys for Plaintiff CelLink Corp.*