| | |
|---|---|
| CLEMENT S. ROBERTS (SBN 209203)<br>croberts@orrick.com<br>RAGHAV KRISHNAPRIYAN (SBN 273411)<br>rkrishnapriyan@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>BEN AU (SBN 237854)<br>ben.au@orrick.com<br>ALYSSA M. CARIDIS (SBN 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>355 S. Grand Avenue, Suite 2700<br>Los Angeles, CA 90071-1560<br>Telephone: +1 213 629 2020<br>Facsimile: +1 213 612 2499<br><br>PARTH SAGDEO (SBN 325269)<br>psagdeo@orrick.com<br>ELAINE KE (SBN 348321)<br>eke@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: +1 650 614 7400<br>Facsimile: +1 650 614 7401<br><br>*Attorneys for Plaintiff CelLink Corp.* | Alison Lynn Anderson<br>Alanderson@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>2029 Century Park East<br>Suite 1520<br>Los Angeles, CA 90067<br>Telephone: +1 213 629 9040<br>Facsimile: +1 213 629-9022<br><br>Eric Maurer<br>emaurer@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: +1 202 237 2727<br>Facsimile: +1 202 237 6131<br><br>Beko Osiris Ra Reblitz-Richardson<br>brichardson@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>44 Montgomery Street<br>41st Floor<br>San Francisco, CA 94104<br>Telephone: +1 415 293 6800<br>Facsimile: +1 415 293 6899<br><br>*Attorneys for Defendant Manaflex LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLINK CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>MANAFLEX LLC,<br><br>    Defendant. | Case No. 23-cv-4231-HSG<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR CELLINK CORP. TO RESPOND TO MANAFLEX LLC'S COUNTERCLAIMS AND ORDER**<br><br>**[Civil L.R. 6-2]**<br><br>Demand For Jury Trial<br><br>Complaint Filed: August 18, 2023 |

Plaintiff Cellink Corp. ("Plaintiff") and Defendant Manaflex LLC ("Defendant") (together, the "Parties") hereby stipulate under Civil Local Rule 6-2(a) to request an order extending the deadline for Plaintiff to respond to Defendant's Counterclaims (ECF No. 37) or amended counterclaims from June 11, 2024 to July 9, 2024.

The requested extension is warranted to promote judicial efficiency. As it currently stands, CelLink's answer to Manaflex's original counterclaims is due June 11, 2024, but Manaflex may choose to file amended counterclaims pursuant to the Court's Order (ECF No. 70) on June 18, 2024, mooting CelLink's answer that would be filed June 11. Declaration of Elaine Ke ("Ke Decl.") ¶ 4.

There have been three previous extension of time in this case:

(1) a stipulated extension of time to respond to the complaint that was filed on September 11, 2023, and granted on September 12, 2023. Ke Decl. ¶ 5.

(2) a stipulated extension of time for the Parties to file a Joint Case Management Statement and selecting an ADR process that was filed on November 7, 2023, and granted on November 8, 2023. Ke Decl. ¶ 5.

(3) a stipulated extension of time for CelLink to respond to Manaflex's counterclaims that was filed on November 27, 2023, and granted on November 28, 2023. Ke Decl. ¶ 5.

The Court has not yet entered a scheduling order in this case. Thus, the extension of time requested here would have no effect on any schedule for the case. Ke Decl. ¶ 6.

Dated: June 12, 2024

By: /s/ *Elaine Ke*

Clement S. Roberts
Ben Au
Alyssa Caridis
Raghav Krishnapriyan
Parth Sagdeo
Elaine Ke

ORRICK, HERRINGTON & SUTCLIFFE LLP

*Attorneys for Plaintiff CelLink Corp.*

Dated: June 12, 2024

By: /s/ *Alison Anderson*

Alison Lynn Anderson
Eric Maurer
Beko Osiris Ra Reblitz-Richardson

BOIES SCHILLER FLEXNER LLP

*Attorneys for Defendant Manaflex LLC*

**ECF ATTESTATION**

I, Elaine Ke, am the ECF User whose ID and password are being used to file this Stipulated Request for Order Extending Time For Cellink Corp. To Respond To Manaflex LLC's Counterclaims and [Proposed] Order. In compliance with Civil Local Rule 5-1, I hereby attest that Alison Anderson, counsel for Manaflex LLC, has concurred in this filing.

Dated: June 12, 2024

By: /s/ *Elaine Ke*
Elaine Ke

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/12/2024

_____
Haywood S. Gilliam, Jr.
United States District Judge