**BOIES SCHILLER FLEXNER LLP**
Alison L. Anderson (CA Bar No. 275334)
alanderson@bsfllp.com
Joshua Y. Quaye (CA Bar No. 325480)
jquaye@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Eric J. Maurer (Admitted *pro hac vice*)
emaurer@bsfllp.com
1401 New York Ave., NW
Washington, DC 20005
Telephone: (202) 237-2727

Beko Reblitz-Richardson (SBN 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800

*Attorneys for Defendant Manaflex LLC*

[Additional attorneys listed on signature page]

Clement Seth Roberts (SBN 209203)
croberts@orrick.com
Raghav Krishnapriyan (SBN 273411)
rkrishnapriyan@orrick.com
Lauren M. Kessler (SBN 317834)
lkessler@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Parth Sagdeo (SBN 325269)
psagdeo@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Ben Au (SBN 237854)
ben.au@orrick.com
Alyssa Caridis (SBN 260103)
acaridis@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071-1560
Telephone: (213) 629-2020
Facsimile: (213) 612 2499

*Attorneys for Plaintiff CelLink Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CELLINK CORP.,<br><br>    Plaintiff,<br><br>vs.<br><br>MANAFLEX LLC,<br><br>    Defendant. | CASE NO. 4:23-cv-04231-HSG<br><br>**STIPULATED REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE RE: CELLINK CORP.'S MOTION TO DISMISS MANAFLEX LLC'S UNFAIR COMPETITION COUNTERCLAIM AND ORDER**<br><br>**[Civil L.R. 6-2]**<br><br>Demand for Jury Trial<br><br>Complaint Filed: August 18, 2023 |

1    Plaintiff CelLink Corp. ("Plaintiff") and Defendant Manaflex LLC ("Defendant") (together, the "Parties") hereby stipulate under Civil Local Rule 6-2(a) to request an order (1) extending the deadline for Defendant to respond to Plaintiff's Motion to Dismiss Manaflex LLC's Unfair Competition Counterclaim (ECF No. 74) from July 23, 2024 to August 6, 2024 and (2) extending the deadline for Plaintiff to file its Reply to Defendant's Opposition from July 30, 2024 to August 13, 2024.

The requested extension is warranted to accommodate holiday travel and the schedules of the Parties' counsel. Declaration of Alison Anderson ("Anderson Decl.") ¶ 4.

There have been four previous extensions of time in this case:

(1) a stipulated extension of time to respond to the complaint that was filed on September 11, 2023 and granted on September 12, 2023. Anderson Decl. ¶ 5.

(2) a stipulated extension of time for the Parties to file a Joint Case Management Statement and selecting an ADR process that was filed on November 7, 2023, and granted on November 8, 2023. *Id*.

(3) a stipulated extension of time to respond to counterclaims that was filed on November 27, 2023 and granted on November 28, 2023. *Id*.

(4) a stipulated extension of time to respond to counterclaims that was filed on June 12, 2024 and granted on June 12, 2024. *Id.*

The brief extensions of time requested here would have no effect on any other scheduled deadlines for the case. Anderson Decl. ¶ 6.

Dated: July 17, 2024

BOIES SCHILLER FLEXNER LLP

/s/ Alison L. Anderson
Alison L. Anderson
Eric J. Maurer
Beko Reblitz-Richardson

*Attorneys for Defendant Manaflex LLC*

Dated: July 17, 2024

/s/ Jason Lao
HAYNES BOONE
Jason Lao
Brian Kwok
Ken Parker
Andrea Levenson

ORRICK, HERRINGTON & SUTCLIFFE LLP
Clement Seth Roberts
Ben Au
Alyssa Caridis
Raghav Krishnapriyan

*Attorneys for Plaintiff CelLink Corp.*

## ECF ATTESTATION

I, Alison L. Anderson, am the ECF User whose ID and password are being used to file this Stipulated Request For Order Modifying Briefing Schedule re: CelLink Corp.'s Motion To Dismiss Manaflex LLC's Unfair Competition Counterclaim and [Proposed] Order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jason Lao, counsel for CelLink Corp., has concurred in this filing.

Dated: July 17, 2024

/s/ Alison L. Anderson
Alison L. Anderson

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/18/2024

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge