UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CELLINK CORP.,

Plaintiff(s),

v.

MANAFLEX LLC,

Defendant(s).

Case No. 4:23-cv-04231-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Andrew Drott, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: CelLink Corp. in the above-entitled action. My local co-counsel in this case is Jason T. Lao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 288161.

| | |
|---|---|
| 2801 N. Harwood St., Suite 2300<br>Dallas, TX 75201 | 600 Anton Blvd., Suite 700<br>Costa Mesa, CA 92626 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (214) 651-5000 | (949) 202-3000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| andrew.drott@haynesboone.com | jason.lao@haynesboone.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24126568.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/13/2024

Andrew Drott
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew Drott is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  8/13/2024

UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**Andrew Bonner Drott**

Bar Number:  Date of Admission:

**24126568**  **11/18/2021**

Witness my official signature and the seal of this court.

Dated: August 8, 2024

Karen Mitchell,
Clerk of Court

By: *Belia Gonzales*
Deputy Clerk