CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
RAGHAV KRISHNAPRIYAN (SBN 273411)
rkrishnapriyan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

BEN AU (SBN 237854)
ben.au@orrick.com
ALYSSA M. CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071-1560
Telephone:   +1 213 629 2020
Facsimile:   +1 213 612 2499

PARTH SAGDEO (SBN 325269)
psagdeo@orrick.com
ELAINE KE (SBN 348321)
eke@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
Facsimile:   +1 650 614 7401

*Attorneys for Plaintiff CelLink Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CELLINK CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>MANAFLEX LLC,<br><br>    Defendant. | Case No. 4:23-cv-04231-HSG<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF CELLINK CORP. AND ORDER**<br><br>Complaint Filed: August 18, 2023 |

1    PLEASE TAKE NOTICE that Plaintiff CelLink Corp. ("Plaintiff" or "CelLink") has

2 retained HAYNES AND BOONE, LLP to substitute ORRICK, HERRINGTON & SUTCLIFFE

3 LLP as counsel for in the above-captioned matter.

4    Withdrawing as counsel for Plaintiff CelLink are:

CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
RAGHAV KRISHNAPRIYAN (SBN 273411)
rkrishnapriyan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

BEN AU (SBN 237854)
ben.au@orrick.com
ALYSSA M. CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071-1560
Telephone:   +1 213 629 2020
Facsimile:   +1 213 612 2499

PARTH SAGDEO (SBN 325269)
psagdeo@orrick.com
ELAINE KE (SBN 348321)
eke@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
Facsimile:   +1 650 614 7401

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff CelLink Corp.:

BRIAN C. KWOK, SBN 244309
brian.kwok@haynesboone.com
HAYNES AND BOONE, LLP
1 Post Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 293-8900
Facsimile: (415) 293-8901

|   |   |
|---|---|
| 1 | KENNETH G. PARKER, SBN 182911 |
| 2 | ken.parker@haynesboone.com |
|   | JASON T. LAO, SBN 288161 |
| 3 | jason.lao@haynesboone.com |
|   | ANDREA LEVENSON, SBN 323926 |
| 4 | andrea.levenson@haynesboone.com |
|   | HAYNES AND BOONE, LLP |
| 5 | 600 Anton Boulevard, Suite 700 |
|   | Costa Mesa, California 92626 |
| 6 | Telephone: (949) 202-3000 |
| 7 | Facsimile: (949) 202-3001 |

ANDREW DROTT (Admitted *pro hac vice*)
andrew.drott@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Facsimile: (214) 200-0884

Dated: August 15, 2024          CELLINK CORP.

By: /s/ Jenny Lee
    Jenny Lee
    General Counsel, CelLink Corp.

Dated: August 15, 2024          ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Raghav Krishnapriyan
    Raghav Krishnapriyan

Dated: August 15, 2024          HAYNES & BOONE LLP

By: /s/ Jason T. Lao
    Jason T. Lao

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

1  Dated: August 15, 2024                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                             By: */s/ Raghav Krishnapriyan*
                                                   Raghav Krishnapriyan

**ORDER**

Substitution of counsel pursuant to Civil L. R. 5-1(c)(2)(E) is hereby ordered.

Dated: 8/16/2024

By: /s/ Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
United States District Judge