**BOIES SCHILLER FLEXNER LLP**
Alison L. Anderson (SBN 275334)
alanderson@bsfllp.com
Joshua Y. Quaye (SBN 325480)
jquaye@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Eric J. Maurer (Admitted *pro hac vice*)
emaurer@bsfllp.com
1401 New York Ave., NW
Washington, DC 20005
Telephone: (202) 237-2727

Beko Reblitz-Richardson (SBN 238027)
brichardson@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800

*Attorneys for Defendant Manaflex LLC*

Kenneth G. Parker (SBN 182911)
ken.parker@haynesboone.com
Jason T. Lao (SBN 288161)
jason.lao@haynesboone.com
Andrea Levenson (SBN 323926)
andrea.levenson@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

Brian C. Kwok (SBN 244309)
brian.kwok@haynesboone.com
HAYNES AND BOONE, LLP
1 Post Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 293-8916
Facsimile: (949) 202-3001

*Attorneys for Plaintiff CelLink Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CELLINK CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>MANAFLEX LLC,<br><br>Defendant. | CASE NO. 4:23-cv-04231-HSG<br><br>**STIPULATED FIRST REQUEST FOR ORDER MODIFYING HEARING SCHEDULE RE: CELLINK CORP.'S MOTION TO FILE FIRST AMENDED COMPLAINT AND ORDER (as modified)**<br><br>**[Civil L.R. 6-2]**<br><br>Demand for Jury Trial<br><br>Complaint Filed: August 18, 2023 |

1    Plaintiff CelLink Corp. ("Plaintiff") and Defendant Manaflex LLC ("Defendant") (together, the "Parties") hereby stipulate under Civil Local Rule 6-2(a) to request an order to continue the hearing date for Plaintiff's Motion for Leave to File its First Amended Complaint from October 24, 2024 to November 14, 2024.

This requested first continuance is warranted to accommodate personal travel for Manaflex's counsel that has been preplanned and booked since early in this year. Declaration of Alison Anderson ("Anderson Decl.") ¶ 4.

There have been five previous extensions of time in this case:

(1) a stipulated extension of time to respond to the complaint that was filed on September 11, 2023 and granted on September 12, 2023.  Anderson Decl. ¶ 5.

(2) a stipulated extension of time for the Parties to file a Joint Case Management Statement and selecting an ADR process that was filed on November 7, 2023 and granted on November 8, 2023.  *Id*.

(3) a stipulated extension of time to respond to counterclaims that was filed on November 27, 2023 and granted on November 28, 2023.  *Id*.

(4) a stipulated extension of time to respond to counterclaims that was filed on June 12, 2024 and granted on June 12, 2024.  *Id.*

(5) a stipulated request for an order modifying the Parties' briefing schedule related to Plaintiff's motion to dismiss Defendant's unfair competition counterclaim filed on July 17, 2024 and granted on July 18, 2024.  *Id.*

The brief extension of time requested here would have no effect on any other scheduled deadlines for the case.  This is the Parties' first request to continue this hearing.  Anderson Decl. ¶ 6.

| | |
|---|---|
| Dated: October 14, 2024 | BOIES SCHILLER FLEXNER LLP |
| | /s/ Alison L. Anderson |
| | Alison L. Anderson |
| | Eric J. Maurer |
| | Beko Reblitz-Richardson |
| | |
| | *Attorneys for Defendant Manaflex LLC* |
| | |
| Dated: October 14, 2024 | /s/ Andrea Levenson |
| | HAYNES BOONE |
| | Jason Lao |
| | Brian Kwok |
| | Ken Parker |
| | Andrea Levenson |
| | |
| | *Attorneys for Plaintiff CelLink Corp.* |

### ECF ATTESTATION

I, Alison L. Anderson, am the ECF User whose ID and password are being used to file this Stipulated Request For Order Modifying Briefing Schedule re: CelLink Corp.'s Motion To Dismiss Manaflex LLC's Unfair Competition Counterclaim and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Andrea Levenson, counsel for CelLink Corp., has concurred in this filing.

Dated: October 14, 2024

/s/ *Alison L. Anderson*
Alison L. Anderson

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The hearing for Plaintiff's Motion for Leave to File its First Amended Complaint, presently on calendar to be heard October 24, 2024, is continued to November 14, 2024 at 2:00 p.m.

Dated: 10/15/2024

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge