1  Kenneth G. Parker (Cal. Bar No. 182911)
   ken.parker@haynesboone.com
2  Jason T. Lao (Cal. Bar No. 288161)
   jason.lao@haynesboone.com
3  Andrea Levenson (Cal. Bar No. 323926)
   andrea.levenson@haynesboone.com
4  HAYNES AND BOONE, LLP
   600 Anton Boulevard, Suite 700
5  Costa Mesa, California 92626
   Telephone: (949) 202-3000
6  Facsimile: (949) 202-3001

7  Brian C. Kwok (Cal. Bar No. 244309)
   brian.kwok@haynesboone.com
8  HAYNES AND BOONE, LLP
   1 Post Street, Suite 2800
9  San Francisco, California 94104
   Telephone: (415) 293-8916
10 Facsimile: (949) 202-3001

11 Andrew Drott (Admitted *pro hac vice*)
   andrew.drott@haynesboone.com
12 HAYNES AND BOONE, LLP
   2801 N. Harwood Street, Suite 2300
13 Dallas, Texas 75201
   Telephone: (214) 651-5000
14 Facsimile: (214) 200-0884

15 *Attorneys for Plaintiff CelLink Corp.*

16

17              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
18                    OAKLAND DIVISION

19 CELLINK CORP.,                         Case No. 4:23-cv-4231-HSG

20            Plaintiff,                  **CELLINK'S NOTICE OF
                                          WITHDRAWAL OF MOTION TO
21        v.                              DISMISS MANAFLEX'S UNFAIR
                                          COMPETITION COUNTERCLAIM
22 MANAFLEX LLC                           [DKT 74]**

23            Defendant.

24                                        Hon. Haywood S. Gilliam, Jr.

25

26

27

28

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that, pursuant to this Court's November 11, 2024 Order granting CelLink's motion for leave to file amended complaint (Dkt. 105) and November 25, 2024 Order directing CelLink to show cause why CelLink's motion to dismiss counterclaim (Dkt. 74) should not be terminated as moot in light of CelLink's filing of its First Amended Complaint (Dkt. 110), CelLink, by and through its attorneys, hereby withdraws its Motion to Dismiss Defendant Manaflex's unfair competition counterclaim (Dkt. 74) ("Motion to Dismiss") filed on July 9, 2024 in the above-captioned matter.

CelLink's First Amended Complaint supersedes its original complaint.  *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).  Accordingly, CelLink withdraws its Motion to Dismiss (Dkt. 74) as it no longer targets the operative complaint.  CelLink's withdrawal is without prejudice to CelLink's ability to move to dismiss any of Defendants' counterclaims in response to CelLink's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b).

In light of the foregoing, CelLink respectfully requests that the Court discharge its Order to show cause (Dkt. 110).

Dated:  December 2, 2024

By: /s/ *Andrea Levenson*
Kenneth G. Parker (Cal. Bar No. 182911)
ken.parker@haynesboone.com
Jason T. Lao (Cal. Bar No. 288161)
jason.lao@haynesboone.com
Andrea Levenson (Cal. Bar No. 323926)
andrea.levenson@haynesboone.com
Haynes and Boone, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

Brian C. Kwok (Cal. Bar No. 244309)
brian.kwok@haynesboone.com
Haynes and Boone, LLP
1 Post Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 293-8916
Facsimile: (949) 202-3001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Andrew Drott (Admitted *pro hac vice*)
andrew.drott@haynesboone.com
Haynes and Boone, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 200-0884

*Attorneys for Plaintiff CelLink Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, a true and correct copy of the foregoing document was served by filing the same via the Court's CM/ECF system, which will provide notice of the filing of same to all counsel of record.

Date:  December 2, 2024                     /s/Andrea Levenson
                                            Andrea Levenson