**BOIES SCHILLER FLEXNER LLP**
Alison L. Anderson (SBN 275334)
*alanderson@bsfllp.com*
Joshua Y. Quaye (SBN 325480)
*jquaye@bsfllp.com*
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Eric J. Maurer (Admitted *pro hac vice*)
*emaurer@bsfllp.com*
1401 New York Ave., NW
Washington, DC 20005
Telephone: (202) 237-2727

Beko Reblitz-Richardson (SBN 238027)
*brichardson@bsfllp.com*
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800

*Attorneys for Defendant Manaflex LLC*

Kenneth G. Parker (SBN 182911)
*ken.parker@haynesboone.com*
Jason T. Lao (SBN 288161)
*jason.lao@haynesboone.com*
Andrea Levenson (SBN 323926)
*andrea.levenson@haynesboone.com*
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

Brian C. Kwok (SBN 244309)
*brian.kwok@haynesboone.com*
HAYNES AND BOONE, LLP
1 Post Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 293-8916
Facsimile: (949) 202-3001

*Attorneys for Plaintiff CelLink Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| CELLINK CORP. | CASE NO. 4:23-cv-04231-HSG |
| Plaintiff, | **STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER** |
| vs. | **[Civil L.R. 6-1, 6-2]** |
| MANAFLEX LLC, | |
| Defendant. | Demand for Jury Trial |
| | Complaint Filed: August 18, 2023 |
| | FAC Filed: November 22, 2024 |

1

Pursuant to Local Civil Rules 6-1 and 6-2, Plaintiff CelLink Corporation ("CelLink") and Defendant Manaflex LLC ("Manaflex") stipulate to extend Manaflex's deadline for its response to the First Amended Complaint.

WHEREAS, on November 19, 2024, CelLink's Motion for Leave to File Amended Complaint was granted by this Court;

WHEREAS, CelLink's First Amended Complaint was filed and served on November 22, 2024;

WHEREAS, Manaflex's response to the First Amended Complaint is due on December 18, 2024;

WHEREAS, this requested extension is warranted as Manaflex and its counsel anticipate formally undertaking representation of the two new individual defendants so each may accept service of the First Amended Complaint by December 18, 2024, which would calendar the new individual defendants' respective First Amended Complaint responses due on January 8, 2025. Anderson Decl. ¶ 4.

WHEREAS, it is in the interest of efficiency for all parties and the Court to have each Defendant respond on the same date. Anderson Decl. ¶ 5.

WHEREAS, there have been seven previous extensions of time in this case and only one extension of this deadline to respond to Plaintiff's First Amended Complaint:

(1) a stipulated extension of time to respond to the complaint that was filed on September 11, 2023 and granted on September 12, 2023.  Anderson Decl. ¶ 6.

(2) a stipulated extension of time for the Parties to file a Joint Case Management Statement and selecting an ADR process that was filed on November 7, 2023 and granted on November 8, 2023.  *Id.*

(3) a stipulated extension of time to respond to counterclaims that was filed on November 27, 2023 and granted on November 28, 2023.  *Id.*

(4) a stipulated extension of time to respond to counterclaims that was filed on June 12, 2024 and granted on June 12, 2024.  *Id.*

2

1   (5) a stipulated request for an order modifying the Parties' briefing schedule related to

2 Plaintiff's motion to dismiss Defendant's unfair competition counterclaim filed on July 17, 2024

3 and granted on July 18, 2024.  *Id.*

4   (6) a stipulated request for an order modifying hearing schedule related to CelLink's

5 Motion to File the First Amended Complaint filed on October 14, 2024 and granted on

6 October 15, 2024.  *Id.*

7   (7) a stipulated extension of time to respond to the first amended complaint that was filed

8 on December 4, 2024 and granted on December 5, 2024. *Id.*

9   WHEREAS, the brief extension of time requested here would have no effect on any other

10 scheduled deadlines for the case.  Anderson Decl. ¶ 7.

11   WHEREAS, other than as set forth below, the parties agree that all other deadlines will

12 remain in place.

13   **NOW THEREFORE**, subject to the Court's approval, it is hereby stipulated and agreed

14 between CelLink and Manaflex, through their undersigned counsel, as follows:

15   1. Defendant Manaflex's time to file any response to the First Amended Complaint shall be

16 extended to January 8, 2025.

17 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

18

19

20 Dated:  December 16, 2024    BOIES SCHILLER FLEXNER LLP

21           /s/ Alison L. Anderson

22           Alison L. Anderson
            Eric J. Maurer

23           Beko Reblitz-Richardson

24           Joshua Y. Quaye

25           *Attorneys for Defendant Manaflex LLC*

26

27

28

STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. 4:23-cv-04231-HSG

1

Dated:  December 16, 2024

/s/ Andrea Levenson
HAYNES BOONE
Jason Lao
Brian Kwok
Ken Parker
Andrea Levenson

*Attorneys for Plaintiff CelLink Corp.*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**ECF ATTESTATION**

I, Joshua Y. Quaye, am the ECF User whose ID and password are being used to file this Stipulation Regarding Extension of Time to Respond to Plaintiff's First Amended Complaint and [Proposed] Order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Andrea Levenson, counsel for CelLink Corp., has concurred in this filing.

Dated: December 16, 2024

/s/ *Joshua Y. Quaye*
Joshua Y. Quaye

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2

3

4    Dated:  12/17/2024                    _____
                                           The Honorable Haywood S. Gilliam, Jr.
5                                          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. 4:23-cv-04231-HSG