| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Andrea Levenson (SBN 323926)<br>Haynes and Boone, LLP<br>600 Anton Blvd., Suite 700<br>Costa Mesa, CA 92626<br><br>*Telephone No:* 949-202-3000<br><br>*Attorney For:* Plaintiff     *Ref. No. or File No.:* | **For Court Use Only** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| *Plaintiff:* CelLink Corp.<br>*Defendant:* Manaflex LLC, et al. | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 4:23-cv-04231-HSG |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; APPEARANCE OF COUNSEL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE; CIVIL STANDING ORDER;

3. a. *Party served:* Robert C. Lane
   b. *Person served:* Alison Anderson of Boies Schiller Flexner LLP, authorized to accept service

4. *Address where the party was served:* via email at alanderson@bsfllp.com

5. *I served the party:* Robert C. Lane on Alison Anderson on December 18, 2024 at 4:39 pm.
   a. by delivering a copy of each to an agent authorized by appointment or by law to receive service of process. FRCP 4(e)(2)(C).

| | | | | | |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Andrea Levenson (SBN 323926)<br>Haynes and Boone, LLP<br>600 Anton Blvd., Suite 700<br>Costa Mesa, CA 92626 | | | | | **For Court Use Only** |
| *Telephone No:* 949-202-3000 | | | | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California | | | | | |
| *Plaintiff:* CelLink Corp.<br>*Defendant:* Manaflex LLC, et al. | | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 4:23-cv-04231-HSG | |

6. **Person Who Served Papers:**
   a. Tara Hamilton
   b. **HAYNES AND BOONE, LLP**
      600 ANTON BLVD, STE 700
      COSTA MESA, CA 92626
   c. (949)202-3000

   d. **The Fee** *for Service was:* 0.00
   e. I am: Not A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

12/19/2024                                           *Tara Hamilton*
_____                         _____
(Date)                                                (Signature)