UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLINK CORP., | Case No. 23-cv-04231-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| MANAFLEX LLC, et al., | |
| Defendants. | |

A case management conference was held on December 10, 2024. Having considered the parties' proposals, *see* Dkt. No. 112, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Invalidity Contentions and Accompanying Document Production | February 27, 2025 |
| Exchange of Proposed Terms for Claim Construction | March 13, 2025 |
| Deadline to Amend Pleadings and Join Other Parties | March 21, 2025 |
| Exchange of Preliminary Constructions and Extrinsic Evidence | April 3, 2025 |
| Damages Contentions | April 18, 2025 |
| Joint Claim Construction and Prehearing Statement | April 28, 2025 |
| Responsive Damages Contentions | May 19, 2025 |
| Claim Construction Discovery Cut-Off | May 28, 2025 |
| Plaintiff's Opening Claim Construction Brief | June 12, 2025 |

| Defendant's Responsive Claim Construction Brief | June 26, 2025 |
| --- | --- |
| Plaintiff's Reply Claim Construction Brief | July 3, 2025 |
| Claim Construction Hearing and Tutorial | July 17, 2025, at 2:00 p.m. |
| Damages Contentions Meeting Certification | July 18, 2025 |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  1/9/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge