UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| CELLINK CORP., | Case No. 4:23-cv-04231-HSG |
|---|---|
| Plaintiff, | |
| vs. | **AMENDED SCHEDULING ORDER** |
| MANAFLEX LLC et al., | |
| Defendants. | |

Having considered the parties' stipulation to amend the Scheduling Order, Dkt. No. 122, the Court **AMENDS** that Order and **RESETS** the following deadlines:

| Case Event | Proposed New Schedule |
|---|---|
| Defendant produces documents called for by Patent L.R. 3-4(a) | February 27, 2025 |
| Plaintiff's Amended Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions | March 27, 2025 |
| Plaintiff's Supplemental Patent L.R. 3-2 Document Production Accompanying Disclosures | March 27, 2025 |
| Plaintiffs' last day to add parties or amend Complaint, except for good cause | March 21, 2025 |
| Patent L.R. 3-3 Invalidity Contentions | April 24, 2025 |
| Patent L.R. 3-4 Document Production Accompanying Invalidity Contentions | April 24, 2025 |

| Case Event | Proposed New Schedule |
|---|---|
| Patent L.R. 4-1 Exchange Terms for Construction | May 8, 2025 |
| Patent L.R. 4-2 Exchange Preliminary Constructions and Extrinsic Evidence | May 29, 2025 |
| Patent L.R. 3-8 Damages Contentions | June 13, 2025 |
| Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement | June 23, 2025 |
| Patent L.R. 3-9 Responsive Damages Contentions | July 13, 2025 |
| Patent L.R. 4-4 Completion of Claim Construction Discovery | July 23, 2025 |
| Patent L.R. 3-10 Damages Contentions Meeting Certification | September 11, 2025 |
| Patent L.R. 4-5(a) Plaintiff's Opening Claim Construction Brief | August 7, 2025 |
| Patent L.R. 4-5(b) Defendants' Responsive Claim Construction Brief | August 21, 2025 |
| Patent L.R. 4-5(c) Plaintiff's Reply Brief | August 28, 2025 |
| Patent L.R. 4-6 Claim Construction Hearing and Tutorial | September 19, 2025, at 10:00 a.m. |

This terminates docket number 126.

**IT IS SO ORDERED**.

Dated:   February 25, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge