**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CELLINK CORP.,<br><br>           Plaintiff,<br><br>        v.<br><br>MANAFLEX LLC, a limited liability company;<br>ROBERT C. LANE, an individual; and<br>AUGUSTO E. BARTON, an individual,<br><br>           Defendants. | Case No. 4:23-cv-4231-HSG<br><br>**ORDER GRANTING NON-PARTY RIVIAN AUTOMOTIVE, LLC'S ADMINISTRATIVE MOTION TO SEAL** |

Having considered Non-Party Rivian Automotive, LLC's ("Rivian") Administrative Motion to Seal ("Motion to Seal"), and finding good cause shown, it is hereby **ORDERED** that:

1. Rivian's Motion to Seal is **GRANTED**.

2. The following portions of Rivian's Opposition to Plaintiff CelLink's Motion to Compel and the documents submitted in support thereof shall be filed under seal and/or redacted as indicated below:

| Document | Information to Remain Under Seal / Redacted |
|---|---|
| Non-Party Rivian's Opposition to Plaintiff CelLink Corp.'s Motion to Compel (the "Opposition") | Highlighted portions at 1:10-12, 2:19-3:12, 3:17, 7:25, 7:28-8:7, 8:14-15, 8:20-21, 8:24, 9:6-7, 9:12-13, 9:23-25, 9:27-28, 10:3, 10:5, 10:10-11 |
| Declaration of Ishika Desai in Support of Rivian's Opposition | Highlighted portion at 1:9-10 |
| Exhibit 1 to Declaration of Ishika Desai in Support of Rivian's Opposition | Exhibit in its entirety |

**IT IS SO ORDERED.**

Dated:    April 6, 2026

HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

1

ORDER GRANTING RIVIAN'S MOTION TO SEAL                    CASE NO. 4:23-cv-4231-HSG