**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CELLINK CORP., | Case No. 4:23-cv-4231-HSG |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF CASE SCHEDULE** |
| v. | |
| MANAFLEX LLC, a limited liability company; ROBERT C. LANE, an individual; and AUGUSTO E. BARTON, an individual, | |
| Defendant. | Hon. Haywood S. Gilliam, Jr. |

-1-

ORDER

Pending before the Court is the Parties' Joint Stipulation Regarding Extension of Case Schedule.  The Court **GRANTS** the motion.

The Case Schedule is amended as below:

| Case Event | Existing Schedule | Proposed Schedule |
|---|---|---|
| Final Infringement Contentions | 4/3/26 | 4/3/26 |
| Final Invalidity Contentions | 4/24/26 | 4/24/26 |
| Close of Fact Discovery | 5/1/26 | 5/1/26[1] |
| Patentee's Opening Expert Reports | 5/15/26 | 5/22/26 |
| Accused Infringer's Rebuttal/Opening Expert Reports | 6/5/26 | 6/12/26 |
| Patentee's Rebuttal Expert Reports | 6/19/26 | 6/26/26 |
| Close of Expert Discovery | 6/26/26 | 7/3/26 |
| Dispositive/Daubert Motions Filed | 7/9/26 | 7/16/26 |
| Oppositions to Dispositive/Daubert Motions | 7/30/26 | 8/6/26 |
| Replies to Dispositive/Daubert Motions | 8/6/26 | 8/13/26 |
| Final Hearing on Dispositive/Daubert Motions | 8/20/26 | No change |
| Pretrial Deadlines | 10/20/26–11/3/26 | No change |
| Pretrial Conference | 11/17/26 | No change |
| Jury Trial | 12/7/26 | No change |

**IT IS SO ORDERED.**

Dated: 4/22/2026

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

---

[1] Both parties agreed that for depositions noticed as of April 21, 2026 or subject to a dispute (such as Mr. Qin and Mr. Zhang), the parties will work together and schedule them by May 19, after the close of fact discovery. These depositions will not be considered tardy under this Scheduling Order.

-2-

ORDER