**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

CELLINK CORP.,

              Plaintiff,

     v.

MANAFLEX INC., a Delaware corporation;
ROBERT C. LANE, an individual; and
AUGUSTO E. BARTON, an individual,

              Defendants.

Case No. 4:23-cv-4231-HSG

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 6/30/2026

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

-3-