Kenneth G. Parker (Cal. Bar No. 182911)
ken.parker@haynesboone.com
Jason T. Lao (Cal. Bar No. 288161)
jason.lao@haynesboone.com
Andrea Levenson (Cal. Bar No. 323926)
andrea.levenson@haynesboone.com
Kamden K. Segawa (Cal. Bar No. 345064)
kamden.segawa@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

Brian C. Kwok (Cal. Bar No. 244309)
brian.kwok@haynesboone.com
HAYNES AND BOONE, LLP
1 Post Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 293-8916
Facsimile: (949) 202-3001

Daniel Lammie (Cal. Bar No. 345838)
daniel.lammie@haynesboone.com
HAYNES AND BOONE, LLP
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205
Telephone: (210) 978-7000
Facsimile: (210) 978-7450

*Attorneys for Plaintiff CelLink Corp.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| CELLINK CORP., | Case No. 4:23-cv-4231-HSG |
| Plaintiff, | **JOINT STIPULATION REGARDING EXTENSION OF EXPERT CASE SCHEDULE; ORDER** |
| v. | |
| MANAFLEX INC., a Delaware corporation; ROBERT C. LANE, an individual; and AUGUSTO E. BARTON, an individual, | **[CIVIL L.R. 6-1, 6-2]** |
| Defendants. | Hon. Haywood S. Gilliam, Jr. |

Pursuant to Local Civil Rules 6-1 and 6-2, Plaintiff CelLink Corporation ("CelLink") and Defendants Manaflex LLC ("Manaflex"), Robert Lane ("Lane"), and Augusto Barton ("Barton," together with Manaflex and Lane, "Defendants"), by and through their respective counsel, respectfully submit this Joint Stipulation Regarding Extension of Expert Case Schedule, and state as follows:

WHEREAS, this Court entered the currently operative scheduling order as modified on April 22, 2026 (ECF No. 277);

WHEREAS, the parties jointly request that the Court extend the current expert discovery schedule and *Daubert* motion filing deadlines, as set forth below, to allow the parties to accommodate the schedule of Mr. Roy Weinstein—Defendants' damages expert in this matter—and preserve the interests of the parties;

WHEREAS, the previous extensions of time in this case are as follows:

(1) a stipulated extension of time to respond to the complaint that was filed on September 11, 2023 and granted on September 12, 2023. Levenson Decl., ¶ 7.

(2) a stipulated extension of time for the Parties to file a Joint Case Management Statement and selecting an ADR process that was filed on November 7, 2023 and granted on November 8, 2023. *Id.*

(3) a stipulated extension of time to respond to counterclaims that was filed on November 27, 2023 and granted on November 28, 2023. *Id.*

(4) a stipulated extension of time to respond to counterclaims that was filed on June 12, 2024 and granted on June 12, 2024. *Id.*

(5) a stipulated request for an order modifying the Parties' briefing schedule related to Plaintiff's motion to dismiss Defendant's unfair competition counterclaim filed on July 17, 2024 and granted on July 18, 2024. *Id.*

(6) a stipulated request for an order modifying hearing schedule related to CelLink's Motion to File the First Amended Complaint filed on October 14, 2024 and granted on October 15, 2024. *Id.*

(7) a stipulated extension of time to respond to the First Amended Complaint that was filed on December 4, 2024 and granted on December 5, 2024. *Id.*

(8) a stipulated extension of time to respond to the First Amended Complaint that was filed on December 16, 2024 and granted on December 17, 2024. *Id.*

(9) a stipulated request to amend the Scheduling Order filed on February 21, 2025 and granted on February 25, 2025. *Id.*

(10) a stipulated extension of time to respond to the First Amended Complaint, filed on April 22, 2025 and granted on April 23, 2025. *Id.*

(11) the Court continued the claim construction hearing from September 19, 2025, to September 23, 2025. *Id.*

(12) a stipulated extension of time modifying the case schedule filed on March 4, 2026, and granted on March 4, 2026. *Id.*

(13) a stipulated extension of time modifying the case schedule to accommodate discovery needs filed on April 21, 2026 and granted on April 22, 2026. *Id.*

WHEREAS, this requested extension would not impact any other deadlines in this case, including the deadline of other dispositive/*Daubert* motions, the pretrial conference date, or the currently scheduled trial date. *Id.*, ¶ 6.

**NOW THEREFORE**, subject to the Court's approval, it is hereby stipulated and agreed between the Parties, through their undersigned counsel, as follows:

1. The Case Schedule be Amended as below:

| Case Event | Existing Schedule | Proposed Schedule |
|---|---|---|
| Close of Expert Discovery (Re Weinstein only) | 7/03/26 | 7/09/26 |
| *Daubert* Motions Filed (Re Weinstein only) | 7/16/26 | 7/23/26 |

Good cause exists to amend the schedule in this manner. On April 22, 2026, the Court entered the parties' stipulated schedule which set the date for Defendants' Rebuttal Expert Reports as June 26, 2026, with the close of expert discovery to follow one week later on July 3, 2026. *Id.* Though the Parties were able to schedule all other expert depositions during the week of June 29, the Parties were unable to schedule the deposition of Mr. Weinstein during the week of June 29, 2026, due to Mr. Weinstein's personal scheduling conflicts. *Id.* Due to those conflicts, CelLink will take

Mr. Weinstein at his first availability—July 9, 2026. *Id.* As such, there exists good cause to extend the expert discovery deadline solely for Mr. Weinstein to July 9, 2026. *Id.* Moreover, under the April 22, 2026 schedule, the *Daubert* motion deadline is July 16, 2026. *Id.* To mitigate any prejudice due to Mr. Weinstein's lack of availability prior to July 9, 2026, the parties have agreed to push CelLink's *Daubert* motion deadline for Mr. Weinstein from July 16, 2026 to July 23, 2026. *Id.* The parties respectfully submit that the requested extension is reasonable and will not unduly delay the resolution of this matter. *Id.* This targeted extension will allow the parties to complete discovery in a thorough and efficient manner, which will ultimately facilitate a more streamlined and effective resolution of the disputed issues. *Id.*

For the foregoing reasons, the parties respectfully request that the Court approve this Joint Stipulation and enter an order extending the case schedule as set forth above.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  June 30, 2026

By: */s/Andrea Levenson*

Kenneth G. Parker (Cal. Bar No. 182911)
ken.parker@haynesboone.com
Jason T. Lao (Cal. Bar No. 288161)
jason.lao@haynesboone.com
Andrea Levenson (Cal. Bar No. 323926)
andrea.levenson@haynesboone.com
Kamden K. Segawa (Cal. Bar No. 345064)
kamden.segawa@haynesboone.com
Haynes and Boone, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

Brian C. Kwok (Cal. Bar No. 244309)
brian.kwok@haynesboone.com
Haynes and Boone, LLP
1 Post Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 293-8916
Facsimile: (949) 202-3001

Daniel Lammie (Cal. Bar No. 345838)
daniel.lammie@haynesboone.com
Haynes and Boone, LLP
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205
Telephone: (210) 978-7000

-4-

-5-

Facsimile: (210) 978-7450

*Attorneys for Plaintiff CelLink Corp.*

By: */s/Melissa Zonne*
BOIES SCHILLER FLEXNER LLP
Alison L. Anderson (SBN 275334)
alanderson@bsfllp.com
Melissa K. Zonne (SBN 301581)
mzonne@bsfllp.com
Tatiana Nikolaeva (SBN 348519)
tnikolaeva@bsfllp.com
Michael Shloub (SBN 365835)
mshloub@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Eric J. Maurer (Admitted pro hac vice)
emaurer@bsfllp.com
1401 New York Ave., NW
Washington, DC 20005
Telephone: (202) 237-2727

*Attorneys for Defendant Manaflex LLC*

**ECF ATTESTATION**

I, Andrea Levenson, am the ECF User whose ID and password are being used to file this Joint Stipulation Regarding Extension of Expert Case Schedule and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel for Defendants has concurred in this filing.

DATED: June 30, 2026

/s/Andrea Levenson
Andrea Levenson

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Case Schedule is amended as below:

| Case Event | Existing Schedule | Proposed Schedule |
|---|---|---|
| Close of Expert Discovery (Re Weinstein only) | 7/03/26 | 7/09/26 |
| *Daubert* Motions Filed (Re Weinstein only) | 7/16/26 | 7/23/26 |

Dated: 7/1/2026

The Honorable Haywood S. Gilliam, Jr.
United States District Judge