**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CELLINK CORP., Plaintiff, v. MANAFLEX INC., a Delaware corporation; ROBERT C. LANE, an individual; and AUGUSTO E. BARTON, an individual, Defendants. | Case No. 4:23-cv-4231-HSG<br>**ORDER GRANTING CELLINK'S ADMINISTRATIVE MOTION TO EXTEND TIME TO SUBMIT OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br>Hon. Haywood S. Gilliam, Jr. |

The oppositions of Plaintiff CelLink Corp. ("CelLink") to Defendants' Motions for Summary Judgment were due to be filed by August 6, 2026. CelLink's papers were not filed until shortly after midnight on August 7, 2026, between 7 and 17 minutes late. CelLink moves the Court to accept the opposition papers. Good cause appearing, the motion is GRANTED. CelLink's deadline to file the oppositions is extended, and its papers are accepted as timely. Defendants' reply deadline and the hearing date are unaffected.

**IT IS SO ORDERED.**

Dated: 8/14/2026

Haywood S. Gilliam, Jr.

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE