**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

CELLINK CORP,

Plaintiff,

v.

MANAFLEX INC., a Delaware corporation; ROBERT C. LANE, an individual; and AUGUSTO E. BARTON, an individual,

Defendants.

Case No. 4:23-cv-04231-HSG-LB

**ORDER GRANTING JOINT STIPULATION FOR THE PARTIES' REMOTE APPEARANCE FOR SEPTEMBER 3, 2026, MOTION FOR SANCTIONS FOR SPOILATION OF MATERIAL EVIDENCE**

Judge: Hon. Laurel Beeler

Hearing: September 3, 2026
Time: 9:30 am
Crtrm: B – 15th Floor

The Court having reviewed the joint stipulation of Plaintiff CelLink Corp. and Defendants Manaflex Inc., Robert C. Lane, and Augusto E. Barton ("Manaflex") for counsel for the Parties to appear remotely for the September 3, 2026 9:30 am hearing on Manaflex's Motion for Sanctions for Spoilation of Material Evidence (Dkt. No. 369), and good cause appearing, hereby orders that counsel for the Parties may appear remotely for the September 3, 2026, hearing at 9:30 am, accessible via the Zoom link located on the Court's website.

**IT IS SO ORDERED.**

Dated: August 20, 2026

Hon. Laurel Beeler
UNITED STATES MAGISTRATE JUDGE